## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DANIEL HERRICK, | : | CIVIL ACTION NO. |
| | : | 1:08cv05569-DC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED RECOVERY SYSTEMS, LP, | : | |
| | : | |
| Defendant. | : | APPEARANCE |

Please enter my appearance in this matter on behalf of Defendant, United Recovery Systems, LP.

Dated at Bridgeport, Connecticut
July 21, 2008

        THE DEFENDANT
        UNITED RECOVERY SYSTEMS, LP


        By:_____/S/_____
           Jonathan D. Elliot

           Zeldes, Needle & Cooper, P.C.
           1000 Lafayette Boulevard
           Bridgeport, CT  06604
           Tel:   (203) 333-9441
           Fax:   (203) 333-1489
           Email: jelliot@znclaw.com

        Its Attorneys

**CERTIFICATION**

     I hereby certify that on July 21, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.



                                               /S/
                                  Jonathan D. Elliot