USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

RECEIVED JUL 25 2008 JUDGE CHIN'S CHAMBERS

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DANIEL HERRICK, | : | CIVIL ACTION NO. 1:08cv05569-DC |
| Plaintiff, | : | |
| v. | : | |
| UNITED RECOVERY SYSTEMS, LP, | : | |
| Defendant. | : | STIPULATION |

The plaintiff and defendant United Recovery Systems, LP ("URS") hereby stipulate and agree that the time within which URS may answer or otherwise respond to the Complaint shall be enlarged to and including August 14, 2008.

DATED: JULY 21, 2008

THE PLAINTIFF
DANIEL HERRICK

By: _____
Abraham Kleinman

Kleinman LLC
626 RexCorp Plaza
Uniondale, NY 11556-0626
Tel: (516) 522-2621
Fax: (888) 522-1692
Email: akleinman@solve360.com

His Attorneys

THE DEFENDANT
UNITED RECOVERY SYSTEMS, LP

By: _____
Jonathan D. Elliot

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com

Its Attorneys

SO ORDERED: _____
USDJ
7/28/08