UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DANIEL HERRICK, | : | CIVIL ACTION NO. |
| | : | 1:08cv05569-DC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED RECOVERY SYSTEMS, LP, | : | |
| | : | RULE 7.1 |
| Defendant. | : | CORPORATE DISCLOSURE |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant United Recovery Systems LP, states that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

                              THE DEFENDANT
                              UNITED RECOVERY SYSTEMS, LP


By:   /S/_____
     Jonathan D. Elliot

     Zeldes, Needle & Cooper, P.C.
     1000 Lafayette Boulevard
     Bridgeport, CT  06604
     Tel:  (203) 333-9441
     Fax: (203) 333-1489
     Juris No.  69695
     Email:  jelliot@znclaw.com

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                     /S/
                                                       Jonathan D. Elliot