UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

DANIEL HERRICK, on behalf of himself
And all others similarly situated,

                                                RULE 7.1 DISCLOSURE

              Plaintiff(s),

         -against-                              08 Civ 5569
                                                (Chin, J)

UNITED RECOVERY SYSTEMS, LP AND
JAMES A. WEST, P.C.,

              Defendant(s).

---------------------------------------x


       Defendant, JAMES A. WEST, P.C., by its attorney,

MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the

defendant has no publicly traded parent companies.


Dated:  August 21, 2008

                          _____
                          MEL S. HARRIS AND ASSOCIATES LLC
                          By:  Arthur Sanders (as1210)
                          Attorneys for defendant
                          5 Hanover Square, 8th Floor
                          New York, NY  10004
                          212-660-1050